United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| **Grey Rock Gathering & Marketing, L.L.C.** § | | |
| *Plaintiff,* § | Civil Action No. 4:22-cv-2322 | |
| § | | |
| **versus** § | Diversity | |
| § | | |
| § | Jury Demanded | |
| § | | |
| **Liberty Mutual Insurance Company** § | | |
| *Defendant.* § | | |

## Plaintiff's Notice of Dismissial Without Prejudice

**To the Court:**

Comes Now Grey Rock Gathering & Marketing, L.L.C. ("Plaintiff"), and pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure files this notice of dismissal without prejudice. This notice is filed before Liberty Mutual Insurance Company has neither filed an answer nor motion for summary judgment. *See* Court's docket. Because neither an answer nor motion for summary judgment have been filed by Liberty Mutual Insurance Company no order is required for dismissal. *See* FED. R. CIV. P. 41(a)(i).   Respectfully submitted this 1st day of August, 2022.

THE CREW LAW FIRM, P.C.
*/s/ Paxton N. Crew*
**Paxton N. Crew**
ATTORNEY-IN-CHARGE FOR PLAINTIFF
SDTX 859147
TBA No. 24058720
303 E. Main, Suite 260
League City, Texas 77573
Paxton@thecrewlawfirm.com
Telephone 713-955-0909
Facsimile 409-908-4050